```
                                    FILED
                              JUDGMENT ENTERED

                                   3/13/06
                                    (date)

                                by:    S. Robles
                                  Deputy Clerk
                              U.S. District Court
                           Eastern District of California
                           __X___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

CELSO GUERRERO,

       Plaintiff,

                        **JUDGMENT IN A CIVIL ACTION**

vs.

                        CV-F-06-207 REC
                        CR-F-96-5339 MDC

UNITED STATES OF AMERICA

       Defendant.
_____/

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's deemed motion for relief pursuant to 28 U.S.C. 2255 is DENIED.

DATED:  3/13/06

                                       JACK L. WAGNER, Clerk

                                       By: /s/ S. Robles,
                                           Deputy Clerk

jgm.2255
2/1/95