IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>CELSO GUERRERO,<br>　　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. CR F 96-5339 LJO<br><br>**ORDER TO DENY PETITION**<br>(Doc. 283.) |

On June 24, 1998, a jury found defendant Celso Guerrero ("defendant") guilty of conspiracy to manufacture, distribute and possess with intent to distribute methamphetamine; manufacturing methamphetamine; and possessing methamphetamine with intent to distribute. On March 17, 1998, defendant was sentenced to 360 months imprisonment. Since that time, defendant has filed multiple motions and appeals to contest unsuccessfully his sentence. On May 23, 2011, defendant filed his Petition for Writ of Error Audita Querela Title ("petition"). The petition is unclear whether defendant intended to file it in this Court or the Ninth Circuit Court of Appeals in that the petition makes references to suggest that it seeks appellate review. Nonetheless, to the extent the petition seeks relief before this Court, this Court DENIES such relief given that defendant has exhausted attempts to challenge his sentence and the petition is untimely under any calculation of law.

　　IT IS SO ORDERED.

**Dated:　May 25, 2011**　　　　　　　　　　　／s／ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE