IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CELSO GUERRERO,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CR F 96-5339 LJO<br><br>**ORDER TO DENY PETITION FOR CERTIFICATE OF APPEALABILITY**<br>(Doc. 286.) |

On June 24, 1998, a jury found defendant Celso Guerrero ("defendant") guilty of conspiracy to manufacture, distribute and possess with intent to distribute methamphetamine; manufacturing methamphetamine; and possessing methamphetamine with intent to distribute. On March 17, 1998, defendant was sentenced to 360 months imprisonment. Since that time, defendant has filed multiple motions and appeals to contest unsuccessfully his sentence. On July 11, 2011, defendant filed his Petition for Certificate of Appealability from Dismissal of Audita Querela ("petition"). The petition is unclear but appears to seek a certificate of appealability under 28 U.S.C. § 2253. The rulings of the Ninth Circuit Court of Appeals and this Court render a certificate of appealability moot. As such, this Court DENIES defendant a certificate of appealability and related relief.

　　　IT IS SO ORDERED.

**Dated:　November 29, 2011**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE