# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 96-5339 LJO |
| Plaintiff, | **ORDER TO DENY RELIEF** |
| vs. | (Doc. 289) |
| CELSO GUERRERO, | |
| Defendant. | |
| _____ / | |

   All matters and actions involving defendant in this Court have been resolved and closed. As such, this Court DENIES defendant relief requested in his papers filed on March 12, 2012.

   IT IS SO ORDERED.

**Dated:   March 14, 2012**                    /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1