# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CELSO AMRBIZ GUERRERO,<br><br>Defendant. | Case No. 1:96-CR-05339-LJO-2<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(Doc. 292) |

Defendant has filed a pro se motion to reduce sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). *See* Doc. 292. Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is authorized to represent Defendant in this matter. However, on October 2, 2015, the FDO notified the Court that it does not intend to file a supplement to the motion. *See* Doc. 293. The government **SHALL** file a response to Defendant's Section 3582 Motion on or before Monday, November 2, 2015.

IT IS SO ORDERED.

Dated:   **October 2, 2015**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE