# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>CELSO AMBRIZ GUERRERO,<br><br>　　　　　Defendant-Petitioner. | CASE NO. 1:96-CR-05339-LJO-2<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(ECF NO. 304) |

On July 28, 2016, Petitioner Celso Ambriz Guerrero filed a *pro se* motion to appoint counsel (ECF No. 304), to assist him in a possible motion pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"). Petitioner in his request for counsel asserts that *Johnson v. United States*, 135 S. Ct. 2551 (2015), may impact the length of his sentence. ECF No. 304.

Pursuant to Eastern District of California General Order 563, **IT IS HEREBY ORDERED** that the Federal Defender's Office ("FDO") is appointed to represent Petitioner in this matter under the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Should the FDO determine it is not appropriate for the FDO to file a Section 2255 Motion on behalf of Petitioner, Petitioner is entitled to file such a motion *pro se*. The Court will not construe Petitioner's request for counsel as a Section 2255 Motion.

The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

　　Dated:　**August 1, 2016**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE