# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CELSO GUERRERO,<br><br>        Defendant. | 1:96-cr-05339-LJO<br><br>**ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE**<br>**(Doc. 307)** |

On February 7, 2019, Defendant Celso Guerrero filed a *pro se* request for appointment of counsel, (Doc. 307), to assist him with issues related to the First Step Act, P.L. 115-391. To efficiently process petitions under the First Step Act, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Defendant in this matter. Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **March 29, 2019** to file a motion related to Defendant's *pro se* request **or** notify the Court that it does not intend to file such a motion. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Defendant's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply. The Clerk of Court is **DIRECTED to serve the FDO** with a copy of this Order.

IT IS SO ORDERED.

    Dated:   **February 15, 2019**           /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE