PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:96-CR-5339 NONE |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND DEADLINES TO FILE GOVERNMENT'S RESPONSE AND DEFENDANT'S REPLY |
| v. | |
| CELSO AMBRIZ GUERRERO, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, and the defendant, by and through Assistant Federal Defender David M. Porter, hereby agree and stipulate as follows:

1. The government's response to the defendant's motion for compassionate release was due on or before July 8, 2021.

2. Counsel for the government entered her appearance in this matter following reassignment from former AUSA Kathleen Servatius.

3. The government inadvertently failed to file a response following the filing of the defendant's notice of non-supplementation.

4. Counsel for the defendant does not oppose extending the time for the government to file a response to September 22, 2021.

STIPULATION AND PROPOSED ORDER    1

5. The defendant shall file his optional reply within 15 days of the filing of the government's response.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 10, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By: /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: May 10, 2021 | /s/ David M. Porter<br>DAVID M. PORTER<br>Counsel for Defendant<br>CELSO AMBRIZ GUERRERO |

O R D E R

In light of the above stipulation and good cause appearing,

1. The government shall file any response to defendant's motion for compassionate release on or before September 22, 2021; and

2. The defendant may file his optional reply within 15 days of the filing of the government's response.

IT IS SO ORDERED.

Dated:  **August 26, 2021**

_____
UNITED STATES DISTRICT JUDGE