HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CELSO AMBRIZ GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:96-cr-05339-2 NONE |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | |
| CELSO AMBRIZ GUERRERO, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the unopposed request of defendant, and good cause appearing therefor, the reply to the government's opposition to Mr. Guerrero's motion for compassionate release shall be filed no later than October 21, 2021.

IT IS SO ORDERED.

Dated: **October 7, 2021**

_____
UNITED STATES DISTRICT JUDGE