HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CELSO AMBRIZ GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:96-cr-05339-2 NONE |
| Plaintiff, | ORDER TO SEAL EXHIBIT A TO REPLY |
| v. | (Doc. No. 339) |
| CELSO AMBRIZ GUERRERO, | |
| Defendant. | |

Before the court is defendant's request to seal Exhibit A to the reply to the government's opposition to the motion for compassionate release. The court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The court finds that sealing Exhibit A serves a compelling privacy interest; that, in the absence of sealing, the compelling privacy interest would be harmed; and that there are no additional alternatives to sealing Exhibit A that would adequately protect the compelling privacy interest.

/////

/////

/////

/////

/////

1

1   Pursuant to Local Rule 141(b) and based on the representations contained in the request to seal, the request to seal Exhibit A to the reply to the government's opposition to the motion for compassionate release is granted so that the medical information contained therein is not available on the public docket. The record has been provided to the court and opposing counsel.

This document shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:   **October 22, 2021**                  /s/ Dale A. Drozd
                                                                             UNITED STATES DISTRICT JUDGE